PEOPLE *v.* CANDLER

Appeal from Recorder's Court of Detroit, John R. Murphy, J. Submitted Division 1 March 3, 1971, at Detroit. (Docket No. 9979.) Decided April 2, 1971.

John Frank Candler was convicted, on his plea of guilty, of attempted larceny in a building. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Angelo A. Pentolino,* Assistant Prosecuting Attorney, for the people.

*Ross B. Meretsky,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and QUINN and O'HARA,* JJ.

PER CURIAM. By his plea of guilty, defendant was convicted of attempted larceny in a building, MCLA § 750.360 (Stat Ann 1954 Rev § 28.592) and MCLA § 750.92 (Stat Ann 1962 Rev § 28.287), and was sentenced to a term of one to two years. On appeal, he contends that, in accepting his guilty plea, the trial

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

court erred in failing to: (1) ascertain defendant's participation in the offense; (2) ascertain the truth of the plea; (3) inform defendant of the nature of the acccusation against him; and (4) inform defendant of the consequences of his plea.

After a careful review of the record in light of the requirements of GCR 1963, 785.3 and of the decisions in *People* v. *Barrows* (1959), 358 Mich 267; *People* v. *Dunn* (1968), 380 Mich 693; *People* v. *Atkins* (1966), 2 Mich App 199; *People* v. *Leach* (1966), 2 Mich App 713; and *People* v. *Bartlett* (1969), 17 Mich App 205, we find no reversible error. We are convinced that the defendant pled guilty because he was in fact guilty—that is our main concern. *People* v. *Dunn, supra.*

Affirmed.